1   McGREGOR W. SCOTT
    United States Attorney
2   KYMBERLY A. SMITH
    Assistant U.S. Attorney
3   501 I Street, 10th Floor
    Sacramento, California  95814
4   Telephone:  (916) 554-2771

**FILED**

**JUN 2 7 2006**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA      ) NO.
                                  )      **2: 0 6 - SW -  1 5 3**    GGH
12                 Plaintiff,     ) ORDER
                                  )
13            V.                  )
                                  )  **UNDER SEAL**
14  [SEALED],                     )
                                  )
15                 Defendant,     )
                                  )
16  _____

17       The attached search warrant dated June 27, 2006, be and the

18  same hereby is SEALED until its execution.  The Clerk of Court

19  may not before or until its execution, unseal or release this

20  document without first contacting the United States Attorney.

21  DATED: June  27,  2006

 **GREGORY G. HOLLOWS**

22                                _____
                                  Honorable Gregory G. Hollows
23                                United States Magistrate Judge
                                  Eastern District of California
24

25

26

27

28